RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
TODD M. ARNOLD (SBN 221868)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbrb.com; bry@lnbrb.com; tma@lnbrb.com; kjm@lnbrb.com

Bankruptcy Counsel for Castellino Villas, A K.F. LLC, and Campbell Corners Limited Partnership I

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>CASTELLINO VILLAS, A K.F. LLC,<br><br>      Debtor and Debtor in Possession.<br>_____<br><br>CAMPBELL CORNERS LIMITED PARTNERSHIP, a Michigan limited partnership; CASTELLINO VILLAS A K.F. LLC, a California Limited Liability Company,<br>                  Plaintiffs,<br>v.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation; PICERNE CONSTRUCTION CORP. dba CAMELBACK CONSTRUCTION, an Arizona corporation; CNC CONTRACTORS, INC. dba SUNBELT CNC CONTRACTORS, a Texas corporation; CJS PLUMBING, Inc., a Nevada corporation; AMERICAN UNDERLAYMENT SYSTEMS, INC., a California corporation, and DOES 1 through 100, inclusive,<br>                  Defendants. | Case No. 2:09-CV-02973-FCD-EFB<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR SUBMITTING JOINT STATUS REPORT** |

1  The Court, having considered the "Stipulation Extending Deadline For Submitting Joint Status Report" (the "Stipulation") entered into by and between Plaintiff Castellino Villas, A K.F. LLC, a California limited liability company, Plaintiff Campbell Corners Limited Partnership I, a Michigan limited liability company, and Defendants Evanston Insurance Company, Picerne Construction Corp. and CJS Plumbing Inc., with good cause appearing, hereby approves the Stipulation and orders that the deadline for submission of a Joint Status Report is extended from December 21, 2009, to February 22, 2010.

**IT IS SO ORDERED.**

Dated: December 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE