1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11
                            ----oo0oo----
12

13  CAMPBELL CORNERS LIMITED
    PARTNERSHIP, and CASTELLINO
14  VILLAS A.K.F., LLC.,
                                    NO. CIV.S-09-2973 FCD EFB
15          Plaintiffs,
                                    ORDER AND ORDER TO SHOW CAUSE
16      v.                          RE SANCTIONS

17  EVANSTON INSURANCE COMPANY,
    et. al.,
18
            Defendants.
19
                            ----oo0oo----
20

21       1.   The hearing on Plaintiff Castellino Villas A.K.F.,

22  Inc.'s Motion to Transfer Venue (Docket #4) is continued to

23  January 29, 2010, at 10:00 a.m.  Counsel for Defendants Evanston

    Insurance Company and CJS Plumbing shall file and serve their
24
    opposition briefs or notices of non-opposition no later than
25
    January 15, 2010. Plaintiff may file and serve a reply on or
26
    before January 22, 2010.
27
         2.   Counsel for Defendants Evanston Insurance Company and
28
    CJS Plumbing are ordered to show cause why they should not each

be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiff's motion in compliance with Local Rule 230(c).

3.   Counsel for Defendants Evanston Insurance Company and CJS Plumbing shall file their response to the order to show cause on or before January 15, 2010.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motion.

IT IS SO ORDERED.

DATED: January 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE