UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CAMPBELL CORNERS LIMITED
PARTNERSHIP, a Michigan
limited partnership;
CASTELLINO VILLAS, A K.F. LLC,
a California Limited Liability
Company,

        Plaintiffs,

  v.

EVANSTON INSURANCE COMPANY, an
Illinois corporation; PICERNE
CONSTRUCTION CORP. dba CAMEL
CONSTRUCTION, an Arizona
corporation; CNC CONTRACTORS,
INC. dba SUNBELT CNC
CONTRACTORS, a Texas
corporation; CJS PLUMBING,
INC., a Nevada corporation;
AMERICAN UNDERLAYMENT SYSTEMS,
INC., a California
corporations, and DOES 1
through 100, inclusive,

        Defendants.
_____/

No. CIV. S-09-2973 FCD EFB

ORDER

----oo0oo----

    This matter is before the court on the motion of plaintiff Castellino Villas, A K.F. LLC, ("Castellino") to transfer venue to the United States District Court for the Central District of

1

California for referral to the Bankruptcy Court of the Central District of California Los Angeles division, which is currently presiding over Castellino's chapter 11 bankruptcy proceeding. 28 U.S.C. § 1412 provides that "[a] district court may transfer a case or proceeding under title 11 to a district court for another district, in the interest of justice or for the convenience of the parties." All defendants filed statements of non-opposition to the motion to transfer.[1] Good cause having been shown,[2] plaintiff's motion to transfer is GRANTED.

IT IS SO ORDERED.

DATED: January 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Castellino is wholly owned by plaintiff Campbell Corners Limited Partnership. (Pl.'s Mot. to Transfer, filed Oct. 29, 2009, at 3 n.1).

[2] Because oral argument will not be of material assistance, the court orders the matter submitted on the briefs. E.D. Cal. L. R. 78-230(h).

2